**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| CRISITAN SANCHEZ, on behalf of himself and all others similarly situated,<br><br>    Plaintiffs,<br><br>-against-<br><br>HEARST MAGAZINE MEDIA, INC.<br>    Defendant. | Case No. 1:21-cv-01431-AT<br>**NOTICE OF VOLUNTARY**<br>**DISMISSAL**<br>**WITH PREJUDICE** |

**PLEASE TAKE NOTICE**, that the above-entitled action against all Defendants shall be and hereby is dismissed pursuant to F.R.C.P. Rule 41(a)(1)(A)(i) with prejudice; without costs, or disbursements, or attorneys' fees to any party.

Dated: Brooklyn, New York
    April 21, 2021

                    Respectfully submitted,

                    */s/ Joseph H. Mizrahi*
                    Cohen & Mizrahi LLP
                    *Attorneys for Plaintiff*